AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 3 0 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America
v.
Santiago Ramirez

*Defendant*

Case No. DR-23-2985M-01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Santiago Ramirez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 933 Trafficking of Firearms
18 U.S.C. 554 Exportation of Goods from the United States

Date: 10/30/2023

*Issuing officer's signature*

City and state: Eagle Pass, Texas

Matthew H. Watters, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/30/2023, and the person was arrested on *(date)* 10/30/2023
at *(city and state)* Eagle Pass, Texas.

Date: 10/30/2023

*Arresting officer's signature*

ATF SA Darren Johnson
*Printed name and title*