UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | DR-23-M-02985 |
| (1) SANTIAGO RAMIREZ | § § | |

## ORDER OF DETENTION PENDING TRIAL

On November 7, 2023, the Court held a Detention Hearing pursuant to the Bail Reform Act, 18 U.S.C. 3142(f). For the following reasons, the Court finds that the Defendant failed to overcome the presumption he is both a risk of flight and a danger to the community, therefore, **IT IS ORDERED** that the Defendant be **DETAINED.** Additionally, there is a preponderance of evidence the Defendant poses a serious risk of flight.

At the hearing, Assistant United States Attorney Warsame Galaydh represented the Government, and Ms. Monica Guerrero represented the Defendant. The Government proffered the Pretrial Services Report and testimony from ATF Special Agent Eric Shulte, which was admitted without objection by Defense. The Defense also proffered evidence regarding the Defendant's ties to the United States.

### Findings of Fact

According to the credible testimony and information submitted at the hearing, the Defendant was arrested on October 30, 2023, at the Eagle Pass, Texas Port of Entry, for trafficking over 180 firearms.

Based on credible information submitted at the hearing, the Court finds probable cause exists to believe that a violation of 18 U.S.C. § 933, the offense alleged in the criminal

complaint, has been committed and that Defendant committed it. Further, the Court finds by a preponderance of the evidence that the Defendant poses a serious risk of flight and by clear and convincing evidence that release of the Defendant will endanger the safety of any other person or the community. The Court further finds that no conditions or combination of conditions will reasonably assure the appearance of the Defendant as required or ensure the safety of any other person and the community. Accordingly, **IT IS ORDERED** that Defendant be **DETAINED**.

## II. Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshals Service for the purpose of an appearance in connection with a court proceeding.

**ORDERED** this 8th day of November 2023.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE