UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. DR-23-CR-03036-AM |
| | ) |
| SANTIAGO RAMIREZ, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES OF AMERICA'S
MOTION TO DISMISS PROPERTY FROM THE NOTICE OF FORFEITURE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and moves this Honorable Court for the dismissal of the following property from the Notice of Forfeiture in the Indictment in this instant case:

**I.**

The Indictment (ECF No. 16) returned against the Defendant included a Notice of Forfeiture for the following property:

1) a Smith & Wesson, Model 469, 9 mm (S/N: A858682),
2) Hungarian Arms Works, PPH, .380 caliber (S/N: N03441),
3) Glock, Model 44, .22 caliber (S/N: AERZ973),
4) a Smith & Wesson, Model M&P9, 9 mm (S/N: HSF7660),
5) Berreta, Model M9, 9mm (S/N: M9-223168),
6) GSG, Firefly, .22 caliber (S/N: F449159),
7) Glock, Model 17 Gen 5, 9mm (S/N: BYVF554),
8) Glock, Model 17 Gen 5, 9mm (S/N: BWAB262),
9) Glock, Model 44, .22 caliber (S/N: AEEB915),
10) Pietro Berreta, Model 99A1, 9mm (S/N: A072722Z),
11) Berreta, Model M9 A1, 9mm (S/N: BER754099),
12) Berreta, Model 92S, 9mm (S/N: X23195Z),
13) Berreta, Model IC34, 9mm (S/N: 673276),
14) a Smith & Wesson, Model M&P9, 9 mm (S/N: NCX0317),
15) Browning, 9mm pistol (S/N: 633656),
16) a Smith & Wesson, Model SD9, 9 mm (S/N: FZU0293),
17) Glock, Model 19Gen5 (Frame S/N: ACMR833), (slide S/N: BWSB785),
18) Berreta, Model M9, 9mm (S/N: 244366),

19) Glock, Model 19Gen5, 9mm (S/N: CAHB678),
20) GSG, Firefly, .22 caliber (S/N: F449547),
21) a Smith & Wesson, Model SD9VE, 9 mm (S/N: FEF6173),
22) a Smith & Wesson, Model SD9VE, 9 mm (S/N: FBU7902),
23) a Smith & Wesson, Model SD9VE, 9 mm (S/N: HFK4679),
24) Taurus, Model G3, 9mm (S/N: AAM154901),
25) Berreta, Model PX4 Storm, .40 caliber (S/N: PY31590),
26) Berreta, Model PX4 Storm, 9mm (S/N: PX17189),
27) Canik, Model METESFT, 9mm (S/N: T6472-21 CC28289),
28) Taurus, Model PT92AF, 9mm (S/N: TGS00427),
29) Taurus, Model G3C, 9mm (S/N: ADL954329),
30) Ruger, Model P89DC, 9mm (S/N: 304-33818),
31) Berreta, Model M9, 9mm (S/N: 234073),
32) Glock, Model 19, 9mm (S/N: ESV545US),
33) Glock, Model 19, 9mm (S/N: BEBA400),
34) Berreta, Model 92FS, 9mm (S/N: BER242581Z),
35) Berreta, Model 92FS, 9mm (S/N: BER797601),
36) Berreta, Model M9 A1, 9mm (S/N: BER583109),
37) Berreta, Model 92 A1, 9mm (S/N: BIN019275),
38) Berreta, Model 92X, 9mm (S/N: 92X0042402),
39) Berreta, Model 92 FS, 9mm (S/N: BER163805Z),
40) Berreta, Model M9, 9mm (S/N: M9-201001),
41) Berreta, Model 92X, 9mm (S/N: 92X0050585),
42) Berreta, Model APX, 9mm (S/N: A008602X),
43) Glock, Model 17, 9mm (S/N: NEA368),
44) Berreta, Model 92G, 9mm (S/N: BER454042Z),
45) Tisas, Model Faith 13, .380 caliber (S/N: T0620-21J01085),
46) Pietro Berreta, Model 75, .22 caliber (S/N: 46026),
47) Tanfoglio, Model Titan II, .380 caliber (S/N: EB05403),
48) Berreta, Model 92X, 9mm (S/N: 92X0011244),
49) Berreta, Model 92FS, 9mm (S/N: BER832190),
50) Carl Walther, Model Colt Government, .22 caliber (S/N: LK030667),
51) Colt, Model Woodsman, .22 caliber (S/N: 117166-S),
52) Berreta, Model M9, .22 caliber (S/N: BM002723),
53) Ruger, Model P94, .40 caliber (S/N: 34043514),
54) Pietro Berreta, Model 92FS, 9mm (S/N: A207512Z),
55) Ruger, Model 10 22, .22 caliber (S/N: 2168331),
56) Ruger, Model 10 22, .22 caliber (S/N: 0022-66729),
57) Ruger, Model 10 22, .22 caliber (S/N: 0022-94445),
58) Ruger, Model 10 22, .22 caliber (S/N: 0021-85762),
59) Ruger, Model 10 22, .22 caliber (S/N: 823-86399),
60) Ruger, Model 10 22, .22 caliber (S/N: 0024-16244),
61) Ruger, Model 10 22, .22 caliber (S/N: 0021-91318),
62) Ruger, Model 10 22, .22 caliber (S/N: 0023-20196),
63) Ruger, Model 10 22, .22 caliber (S/N: 829-14340),
64) Ruger, Model 10 22, .22 caliber (S/N: 355-15686),

65) Ruger, Model 10 22, .22 caliber (S/N: 0022-72651),

66) Ruger, Model 10 22, .22 caliber (S/N: 0011-54056),

67) Ruger, Model 10 22, .22 caliber (S/N: 0021-99424),

68) Ruger, Model 10 22, .22 caliber (S/N: 0023-00869),

69) Ruger, Model 10 22, .22 caliber (S/N: 0021-90177),

70) Marlin, Model 60 SB, .22caliber (S/N: 98466378),

71) Remington, Model Speedmaster 552, .22 caliber (S/N: A1588225),

72) Ranger, Model 101.16, .22 caliber (S/N: Unknown),

73) Winchester, Model 190, .22 caliber (S/N: B952546),

74) Savage Arms- Stevens, Model Stevens 62, .22 caliber (S/N: L186235),

75) Savage Arms, Model 135, .22 caliber (S/N: D795642),

76) Rossi, Model RS22, .22 caliber (S/N: 7CA374927R),

77) Rossi, Model RS22, .22 caliber (S/N: 7CA397881R),

78) Mossberg Int, Model 702 Plinkster, .22 caliber (S/N: ECF105455),

79) Marlin Firearms Co., Model 60, .22 caliber (S/N: 2213098),

80) Remington, Sportsmaster 512, .22 caliber (S/N: Unknown),

81) Wards Westernfield, Model 87-SB87-TA, .22 caliber (S/N: Unknown),

82) Mossberg Int, Model 702 Plinkster, .22 caliber (S/N: ELJ3537810),

83) Mossberg Int, Model 500 A, 12 gauge (S/N: L373290),

84) Marlin Firearms Co., Glenfield Mod 60, .22 caliber (S/N: 22339414),

85) Mossberg Int, Model 835, 12 gauge (S/N: UM451569),

86) Marlin Firearms Co., Glenfield Mod 60, .22 caliber (S/N: 21344730),

87) Rossi, Model RS22, .22 caliber (S/N: 7CA392350R),

88) Savage Arms, Model Stevens 62, .22 caliber (S/N: 621156),

89) Savage Arms, Springfield Model 87A, .22 caliber (S/N: Unknown),

90) Marlin Firearms Co., Model 60W, .22 caliber (S/N: 4262583),

91) J Stevens Arms Co., Springfield Model 87, .22 caliber (S/N: Unknown),

92) Remington, Speedmaster 552, .22 caliber (S/N: 1626519),

93) Marlin Firearms Co., Model 60, .22 caliber (S/N: MM58080H),

94) Winchester, Model 190, .22 caliber (S/N: 317201),

95) High Standard Manufacturing, Pointer, 20 gauge (S/N: 3061418),

96) Winchester, Model 290, .22 caliber (S/N: 627096),

97) Mossberg & Sons, Model 250C, .22 caliber (S/N: Unknown),

98) Marlin Firearms Co., Glenfield Mod 75, .22 caliber (S/N: 71438613),

99) Marlin Firearms Co., Model 99, .22 caliber (S/N: Unknown),

100) Savage Arms, Springfield Model 187R, .22 caliber (S/N: Unknown),

101) Mossberg, Blaze, .22 caliber (S/N: RA0031155),

102) Marlin Firearms Co., Model 99, .22 caliber (S/N: Unknown),

103) Savage, Model 64, .22 caliber (S/N: L247517),

104) Sears Ted Williams, Model 34, .22 caliber (S/N: Unknown),

105) Savage Arms, Savage 64, .22 caliber (S/N: 4420151),

106) Rossi, Model RS22, .22 caliber (S/N: 7CA318403P),

107) Sears JC Higgins, Model 31, .22 caliber (S/N: Unknown),

108) Winchester, Model 290, .22 caliber (S/N: 82175),

109) Marlin Firearms Co., Glenfield Model 60, .22 caliber (S/N: Unknown),

110) Browning, Model 2000, 12 gauge (S/N: 6B1RP02078),

111) Marlin Firearms Co., Model 60, .22 caliber (S/N: 247613),
112) Pioneer Arms Corp., Hellpup, 7.62 (S/N: PAC1121009),
113) Remington, Model 550-i, .22 caliber (S/N: Unknown),
114) Remington, Model 550-i, .22 caliber (S/N: Unknown),
115) Remington, Model 870, 20 gauge (S/N: AB296204U),
116) Western Auto, Revelation, 20 gauge (S/N: G930399),
117) Browning, Gold Fusion, 20 gauge (S/N: 114MV05196),
118) Ted Williams, Model 200, 20 gauge (S/N: P332704),
119) Remington, Model 550-i, .22 caliber (S/N: Unknown),
120) Remington, Model 1100, 20 gauge (S/N: M747707N),
121) Savage, Model 110, .223 caliber (S/N: N700900),
122) Ruger American, American, .223 caliber (S/N: 691512999),
123) Colt, AR-15 A2, .223 caliber (S/N: LGC036843),
124) Ruger, Model 10 22, .22 caliber (S/N: 0017-20054),
125) Ruger, Model 10 22, .22 caliber (S/N: 251-23420),
126) Ruger, Model 10 22, .22 caliber (S/N: 0019-32606),
127) Remington, Model 11-48, 16 gauge (S/N: 5517859),
128) Remington, Sportman, 16 gauge (S/N: 1539556),
129) Ted Williams, Model 3T, .22 caliber (S/N: R236099),
130) Browning, Model 22, 20 gauge (S/N: 72399NXY62),
131) Remington, Model 870, 20 gauge (S/N: RS66208G),
132) Remington, Model 870, 20 gauge (S/N: AB511364U),
133) Winchester Model 1200, 20 gauge (S/N: 178283),
134) Banelli Arms, Armi, 20 gauge (S/N: CA084107Q16),
135) Remington, Wingmaster Model 870, 20 gauge (S/N: V457347X),
136) Winchester, Model 140, 20 gauge (S/N: N1058220),
137) Remington, Model 870, 20 gauge (S/N: RS03411V),
138) Carl Walther, Colt M4 Carbine 22, .22 caliber (S/N: BP018330),
139) Remington, Model 870, 20 gauge (S/N: RS35871C),
140) Remington, Sportsmaster Mod 511, .22 caliber (S/N: Unknown),
141) Ruger, Model 10-22, .22 caliber (S/N: 0022-66722),
142) Ruger, Model 10-22, .22 caliber (S/N: 0022-66731),
143) Remington, Model 550-1, .22 caliber (S/N: Unknown),
144) Ruger, Model 10-22, .22 caliber (S/N: 0023-41263),
145) Ruger, Model 10-22, .22 caliber (S/N: 356-86004),
146) Ruger, Model 10-22, .22 caliber (S/N: 829-38623),
147) Ruger, Model 10-22, .22 caliber (S/N: 354-52212),
148) Ruger, Model 10-22, .22 caliber (S/N: 0005-55409),
149) Ruger, Model 10-22, .22 caliber (S/N: 0023-06206),
150) Ruger, Model 10-22, .22 caliber (S/N: 239-99272),
151) Ruger, Model 10-22, .22 caliber (S/N: 0021-84471),
152) Ruger, Model 10-22, .22 caliber (S/N: 0023-40850),
153) Ruger, Model 10-22, .22 caliber (S/N: 022-66643),
154) Remington, Model 700, 7mm (S/N: 125164),
155) Remington, Model 700, 7mm (S/N: 170115),
156) Remington, Sportsman 48, 12 gauge (S/N: 3038312),

157) Ruger, Model 10-22, .22 caliber (S/N: 255-61853),
158) Savage, Springfield Mod 67, 410 gauge (S/N: C086343),
159) Remington, Wingmaster Mod 870, 20 gauge (S/N: T567631X),
160) Remington, Model 597, .22 caliber (S/N: C2676328),
161) Savage, Model 64, .22 caliber (S/N: 3857081),
162) Marlin Firearms Co., Model 60, .22 caliber (S/N: Unknown),
163) Sears JC Higgins, Mod 101.7, mod 311A, 410 gauge (Unknown),
164) Mossberg, Model 715T, .22 caliber (S/N: CT2206040),
165) Remington, Model 31, 20 gauge (S/N: 580160),
166) Rossi, Model RS22, .22 caliber (S/N: 7CA199911N),
167) Ruger American, Ruger American, .22 caliber (S/N: 833-77372),
168) Winchester, Model 50, 12 gauge (S/N: 16810),
169) Marlin Firearms Co., Glenfield Mod 75C, .22 caliber (S/N: 24320893),
170) Remington, Fieldmaster Mod 572, .22 caliber (S/N: Unknown),
171) Colt, Matchtarget lightweight, .223 caliber (S/N: CSL008593),
172) Archangel, Model 556 AR-15, .22 caliber (S/N: 353-66710),
173) Remington, Model 870 Magnum, 12 gauge (S/N: A735800M),
174) Ruger, Model 10-22, .22 caliber (S/N: 0021-97551),
175) Squires Bingham, Model 200, .22 caliber (S/N: 845029),
176) Mossberg & Sons, Model 220K, .22 caliber (S/N: Unknown),
177) Mossberg Int, Model 715 T, .22 caliber (S/N: MF3789481),
178) Palmetto State Arm, Model Pa-15, (S/N: SCD162753),
179) Marlin Firearms Co., Model 25N, .22 caliber (S/N: 99349824),
180) Remington, Wingmaster Mod 870, 20 gauge (S/N: S732540N),
181) Ruger, Model 10-22, .22 caliber (S/N: 820-89793),
182) Ruger, Model 10-22, .22 caliber (S/N: 351-14819),
183) Ruger, Model 10-22, .22 caliber (S/N: 0021-43746),
184) Ruger, Model 10-22, .22 caliber (S/N: 0009-69336),
185) Remington, Model 550-i, .22 caliber (S/N: Unknown),
186) Benelli Arms, Nova, 20 gauge (S/N: BA083580R18),
187) Browning, Model 2000, 20 gauge (S/N: 11271C67), and
188) Any related ammunition and firearm accessories,

hereinafter referred to as the Subject Property.

## II.

The United States advises this Court that the Subject Property was administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives and is no longer sought for criminal forfeiture in the instant case.

WHEREFORE, premises considered, Plaintiff United States of America prays that the Court GRANT this Motion to Dismiss property from the Notice of Forfeiture in the Indictment.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By:     /s/_____
        Antonio Franco, Jr.
        Assistant United States Attorney
        Asset Forfeiture Section
        601 NW Loop 410, Suite 600
        San Antonio, TX 78216
        Tel: 210-384-7040
        Fax: 210-384-7045
        antonio.franco@usdoj.gov
        Texas Bar No. 00784077

        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant(s):

**Sostenes Mireles, II**
mireleslawoffice@gmail.com
Attorney for Defendant SANTIAGO RAMIREZ

                                        /s/_____
                                        Antonio Franco, Jr.
                                        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **V.** | ) **CRIMINAL NO. DR-23-CR-03036-AM** |
| | ) |
| **SANTIAGO RAMIREZ,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

On this day came on to be considered the United States of America's Motion to Dismiss

Property from the Notice of Forfeiture.    The Court having considered the merits of the Motion is

of the opinion that the following property should be dismissed from the Notice of Forfeiture in the

Indictment in the instant cause because said property, namely:

1) a Smith & Wesson, Model 469, 9 mm (S/N: A858682),
2) Hungarian Arms Works, PPH, .380 caliber (S/N: N03441),
3) Glock, Model 44, .22 caliber (S/N: AERZ973),
4) a Smith & Wesson, Model M&P9, 9 mm (S/N: HSF7660),
5) Berreta, Model M9, 9mm (S/N: M9-223168),
6) GSG, Firefly, .22 caliber (S/N: F449159),
7) Glock, Model 17 Gen 5, 9mm (S/N: BYVF554),
8) Glock, Model 17 Gen 5, 9mm (S/N: BWAB262),
9) Glock, Model 44, .22 caliber (S/N: AEEB915),
10) Pietro Berreta, Model 99A1, 9mm (S/N: A072722Z),
11) Berreta, Model M9 A1, 9mm (S/N: BER754099),
12) Berreta, Model 92S, 9mm (S/N: X23195Z),
13) Berreta, Model IC34, 9mm (S/N: 673276),
14) a Smith & Wesson, Model M&P9, 9 mm (S/N: NCX0317),
15) Browning, 9mm pistol (S/N: 633656),
16) a Smith & Wesson, Model SD9, 9 mm (S/N: FZU0293),
17) Glock, Model 19Gen5 (Frame S/N: ACMR833), (slide S/N: BWSB785),
18) Berreta, Model M9, 9mm (S/N: 244366),
19) Glock, Model 19Gen5, 9mm (S/N: CAHB678),
20) GSG, Firefly, .22 caliber (S/N: F449547),
21) a Smith & Wesson, Model SD9VE, 9 mm (S/N: FEF6173),
22) a Smith & Wesson, Model SD9VE, 9 mm (S/N: FBU7902),
23) a Smith & Wesson, Model SD9VE, 9 mm (S/N: HFK4679),
24) Taurus, Model G3, 9mm (S/N: AAM154901),
25) Berreta, Model PX4 Storm, .40 caliber (S/N: PY31590),

26) **Berreta, Model PX4 Storm, 9mm (S/N: PX17189),**
27) **Canik, Model METESFT, 9mm (S/N: T6472-21 CC28289),**
28) **Taurus, Model PT92AF, 9mm (S/N: TGS00427),**
29) **Taurus, Model G3C, 9mm (S/N: ADL954329),**
30) **Ruger, Model P89DC, 9mm (S/N: 304-33818),**
31) **Berreta, Model M9, 9mm (S/N: 234073),**
32) **Glock, Model 19, 9mm (S/N: ESV545US),**
33) **Glock, Model 19, 9mm (S/N: BEBA400),**
34) **Berreta, Model 92FS, 9mm (S/N: BER242581Z),**
35) **Berreta, Model 92FS, 9mm (S/N: BER797601),**
36) **Berreta, Model M9 A1, 9mm (S/N: BER583109),**
37) **Berreta, Model 92 A1, 9mm (S/N: BIN019275),**
38) **Berreta, Model 92X, 9mm (S/N: 92X0042402),**
39) **Berreta, Model 92 FS, 9mm (S/N: BER163805Z),**
40) **Berreta, Model M9, 9mm (S/N: M9-201001),**
41) **Berreta, Model 92X, 9mm (S/N: 92X0050585),**
42) **Berreta, Model APX, 9mm (S/N: A008602X),**
43) **Glock, Model 17, 9mm (S/N: NEA368),**
44) **Berreta, Model 92G, 9mm (S/N: BER454042Z),**
45) **Tisas, Model Faith 13, .380 caliber (S/N: T0620-21J01085),**
46) **Pietro Berreta, Model 75, .22 caliber (S/N: 46026),**
47) **Tanfoglio, Model Titan II, .380 caliber (S/N: EB05403),**
48) **Berreta, Model 92X, 9mm (S/N: 92X0011244),**
49) **Berreta, Model 92FS, 9mm (S/N: BER832190),**
50) **Carl Walther, Model Colt Government, .22 caliber (S/N: LK030667),**
51) **Colt, Model Woodsman, .22 caliber (S/N: 117166-S),**
52) **Berreta, Model M9, .22 caliber (S/N: BM002723),**
53) **Ruger, Model P94, .40 caliber (S/N: 34043514),**
54) **Pietro Berreta, Model 92FS, 9mm (S/N: A207512Z),**
55) **Ruger, Model 10 22, .22 caliber (S/N: 2168331),**
56) **Ruger, Model 10 22, .22 caliber (S/N: 0022-66729),**
57) **Ruger, Model 10 22, .22 caliber (S/N: 0022-94445),**
58) **Ruger, Model 10 22, .22 caliber (S/N: 0021-85762),**
59) **Ruger, Model 10 22, .22 caliber (S/N: 823-86399),**
60) **Ruger, Model 10 22, .22 caliber (S/N: 0024-16244),**
61) **Ruger, Model 10 22, .22 caliber (S/N: 0021-91318),**
62) **Ruger, Model 10 22, .22 caliber (S/N: 0023-20196),**
63) **Ruger, Model 10 22, .22 caliber (S/N: 829-14340),**
64) **Ruger, Model 10 22, .22 caliber (S/N: 355-15686),**
65) **Ruger, Model 10 22, .22 caliber (S/N: 0022-72651),**
66) **Ruger, Model 10 22, .22 caliber (S/N: 0011-54056),**
67) **Ruger, Model 10 22, .22 caliber (S/N: 0021-99424),**
68) **Ruger, Model 10 22, .22 caliber (S/N: 0023-00869),**
69) **Ruger, Model 10 22, .22 caliber (S/N: 0021-90177),**
70) **Marlin, Model 60 SB, .22caliber (S/N: 98466378),**
71) **Remington, Model Speedmaster 552, .22 caliber (S/N: A1588225),**

72) Ranger, Model 101.16, .22 caliber (S/N: Unknown),
73) Winchester, Model 190, .22 caliber (S/N: B952546),
74) Savage Arms- Stevens, Model Stevens 62, .22 caliber (S/N: L186235),
75) Savage Arms, Model 135, .22 caliber (S/N: D795642),
76) Rossi, Model RS22, .22 caliber (S/N: 7CA374927R),
77) Rossi, Model RS22, .22 caliber (S/N: 7CA397881R),
78) Mossberg Int, Model 702 Plinkster, .22 caliber (S/N: ECF105455),
79) Marlin Firearms Co., Model 60, .22 caliber (S/N: 2213098),
80) Remington, Sportsmaster 512, .22 caliber (S/N: Unknown),
81) Wards Westernfield, Model 87-SB87-TA, .22 caliber (S/N: Unknown),
82) Mossberg Int, Model 702 Plinkster, .22 caliber (S/N: ELJ3537810),
83) Mossberg Int, Model 500 A, 12 gauge (S/N: L373290),
84) Marlin Firearms Co., Glenfield Mod 60, .22 caliber (S/N: 22339414),
85) Mossberg Int, Model 835, 12 gauge (S/N: UM451569),
86) Marlin Firearms Co., Glenfield Mod 60, .22 caliber (S/N: 21344730),
87) Rossi, Model RS22, .22 caliber (S/N: 7CA392350R),
88) Savage Arms, Model Stevens 62, .22 caliber (S/N: 621156),
89) Savage Arms, Springfield Model 87A, .22 caliber (S/N: Unknown),
90) Marlin Firearms Co., Model 60W, .22 caliber (S/N: 4262583),
91) J Stevens Arms Co., Springfield Model 87, .22 caliber (S/N: Unknown),
92) Remington, Speedmaster 552, .22 caliber (S/N: 1626519),
93) Marlin Firearms Co., Model 60, .22 caliber (S/N: MM58080H),
94) Winchester, Model 190, .22 caliber (S/N: 317201),
95) High Standard Manufacturing, Pointer, 20 gauge (S/N: 3061418),
96) Winchester, Model 290, .22 caliber (S/N: 627096),
97) Mossberg & Sons, Model 250C, .22 caliber (S/N: Unknown),
98) Marlin Firearms Co., Glenfield Mod 75, .22 caliber (S/N: 71438613),
99) Marlin Firearms Co., Model 99, .22 caliber (S/N: Unknown),
100) Savage Arms, Springfield Model 187R, .22 caliber (S/N: Unknown),
101) Mossberg, Blaze, .22 caliber (S/N: RA0031155),
102) Marlin Firearms Co., Model 99, .22 caliber (S/N: Unknown),
103) Savage, Model 64, .22 caliber (S/N: L247517),
104) Sears Ted Williams, Model 34, .22 caliber (S/N: Unknown),
105) Savage Arms, Savage 64, .22 caliber (S/N: 4420151),
106) Rossi, Model RS22, .22 caliber (S/N: 7CA318403P),
107) Sears JC Higgins, Model 31, .22 caliber (S/N: Unknown),
108) Winchester, Model 290, .22 caliber (S/N: 82175),
109) Marlin Firearms Co., Glenfield Model 60, .22 caliber (S/N: Unknown),
110) Browning, Model 2000, 12 gauge (S/N: 6B1RP02078),
111) Marlin Firearms Co., Model 60, .22 caliber (S/N: 247613),
112) Pioneer Arms Corp., Hellpup, 7.62 (S/N: PAC1121009),
113) Remington, Model 550-i, .22 caliber (S/N: Unknown),
114) Remington, Model 550-i, .22 caliber (S/N: Unknown),
115) Remington, Model 870, 20 gauge (S/N: AB296204U),
116) Western Auto, Revelation, 20 gauge (S/N: G930399),
117) Browning, Gold Fusion, 20 gauge (S/N: 114MV05196),

3

118) Ted Williams, Model 200, 20 gauge (S/N: P332704),
119) Remington, Model 550-i, .22 caliber (S/N: Unknown),
120) Remington, Model 1100, 20 gauge (S/N: M747707N),
121) Savage, Model 110, .223 caliber (S/N: N700900),
122) Ruger American, American, .223 caliber (S/N: 691512999),
123) Colt, AR-15 A2, .223 caliber (S/N: LGC036843),
124) Ruger, Model 10 22, .22 caliber (S/N: 0017-20054),
125) Ruger, Model 10 22, .22 caliber (S/N: 251-23420),
126) Ruger, Model 10 22, .22 caliber (S/N: 0019-32606),
127) Remington, Model 11-48, 16 gauge (S/N: 5517859),
128) Remington, Sportman, 16 gauge (S/N: 1539556),
129) Ted Williams, Model 3T, .22 caliber (S/N: R236099),
130) Browning, Model 22, 20 gauge (S/N: 72399NXY62),
131) Remington, Model 870, 20 gauge (S/N: RS66208G),
132) Remington, Model 870, 20 gauge (S/N: AB511364U),
133) Winchester Model 1200, 20 gauge (S/N: 178283),
134) Banelli Arms, Armi, 20 gauge (S/N: CA084107Q16),
135) Remington, Wingmaster Model 870, 20 gauge (S/N: V457347X),
136) Winchester, Model 140, 20 gauge (S/N: N1058220),
137) Remington, Model 870, 20 gauge (S/N: RS03411V),
138) Carl Walther, Colt M4 Carbine 22, .22 caliber (S/N: BP018330),
139) Remington, Model 870, 20 gauge (S/N: RS35871C),
140) Remington, Sportsmaster Mod 511, .22 caliber (S/N: Unknown),
141) Ruger, Model 10-22, .22 caliber (S/N: 0022-66722),
142) Ruger, Model 10-22, .22 caliber (S/N: 0022-66731),
143) Remington, Model 550-1, .22 caliber (S/N: Unknown),
144) Ruger, Model 10-22, .22 caliber (S/N: 0023-41263),
145) Ruger, Model 10-22, .22 caliber (S/N: 356-86004),
146) Ruger, Model 10-22, .22 caliber (S/N: 829-38623),
147) Ruger, Model 10-22, .22 caliber (S/N: 354-52212),
148) Ruger, Model 10-22, .22 caliber (S/N: 0005-55409),
149) Ruger, Model 10-22, .22 caliber (S/N: 0023-06206),
150) Ruger, Model 10-22, .22 caliber (S/N: 239-99272),
151) Ruger, Model 10-22, .22 caliber (S/N: 0021-84471),
152) Ruger, Model 10-22, .22 caliber (S/N: 0023-40850),
153) Ruger, Model 10-22, .22 caliber (S/N: 022-66643),
154) Remington, Model 700, 7mm (S/N: 125164),
155) Remington, Model 700, 7mm (S/N: 170115),
156) Remington, Sportsman 48, 12 gauge (S/N: 3038312),
157) Ruger, Model 10-22, .22 caliber (S/N: 255-61853),
158) Savage, Springfield Mod 67, 410 gauge (S/N: C086343),
159) Remington, Wingmaster Mod 870, 20 gauge (S/N: T567631X),
160) Remington, Model 597, .22 caliber (S/N: C2676328),
161) Savage, Model 64, .22 caliber (S/N: 3857081),
162) Marlin Firearms Co., Model 60, .22 caliber (S/N: Unknown),
163) Sears JC Higgins, Mod 101.7, mod 311A, 410 gauge (Unknown),

**164) Mossberg, Model 715T, .22 caliber (S/N: CT2206040),**
**165) Remington, Model 31, 20 gauge (S/N: 580160),**
**166) Rossi, Model RS22, .22 caliber (S/N: 7CA199911N),**
**167) Ruger American, Ruger American, .22 caliber (S/N: 833-77372),**
**168) Winchester, Model 50, 12 gauge (S/N: 16810),**
**169) Marlin Firearms Co., Glenfield Mod 75C, .22 caliber (S/N: 24320893),**
**170) Remington, Fieldmaster Mod 572, .22 caliber (S/N: Unknown),**
**171) Colt, Matchtarget lightweight, .223 caliber (S/N: CSL008593),**
**172) Archangel, Model 556 AR-15, .22 caliber (S/N: 353-66710),**
**173) Remington, Model 870 Magnum, 12 gauge (S/N: A735800M),**
**174) Ruger, Model 10-22, .22 caliber (S/N: 0021-97551),**
**175) Squires Bingham, Model 200, .22 caliber (S/N: 845029),**
**176) Mossberg & Sons, Model 220K, .22 caliber (S/N: Unknown),**
**177) Mossberg Int, Model 715 T, .22 caliber (S/N: MF3789481),**
**178) Palmetto State Arm, Model Pa-15, (S/N: SCD162753),**
**179) Marlin Firearms Co., Model 25N, .22 caliber (S/N: 99349824),**
**180) Remington, Wingmaster Mod 870, 20 gauge (S/N: S732540N),**
**181) Ruger, Model 10-22, .22 caliber (S/N: 820-89793),**
**182) Ruger, Model 10-22, .22 caliber (S/N: 351-14819),**
**183) Ruger, Model 10-22, .22 caliber (S/N: 0021-43746),**
**184) Ruger, Model 10-22, .22 caliber (S/N: 0009-69336),**
**185) Remington, Model 550-i, .22 caliber (S/N: Unknown),**
**186) Benelli Arms, Nova, 20 gauge (S/N: BA083580R18),**
**187) Browning, Model 2000, 20 gauge (S/N: 11271C67), and**
**188) Any related ammunition and firearm accessories,**

was administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives and

is no longer sought for criminal forfeiture in the instant case.   IT IS THEREFORE,

ORDERED that the United States of America's Notice of Forfeiture as to said property in

the instant cause be, and hereby is **DISMISSED**.

SIGNED this _____ day of _____, 2024.

_____
ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE

5